UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMBER BOYD, NICHOLAS COFFMAN, and KENT BRINKLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> MARGUERITE KIM and TCHOPSTIX, INC. doing business as NAKED TCHOPSTIX, <br> Defendants. | No. 1:12-cv-01547-TWP-DML |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

On January 28, 2016, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 56) on the plaintiffs' motion for default judgment. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 56) and being duly advised, now APPROVES and ADOPTS it. The plaintiffs' motion for default judgment (Dkt. 37) is GRANTED as provided in the Report and Recommendation and this Order. Judgment will be entered by a separate order.

IT IS SO ORDERED.

Date: 2/18/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via U.S. mail:

Marguerite Kim
6177 N. College Avenue
Indianapolis, IN 46220

Tchopstix, Inc.
6177 N. College Avenue
Indianapolis, IN 46220